IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

SCOTTI BOBA TIETJENS,         *
                              *
        Plaintiff,            *
                              *
    v.                        *        CV 105-97
                              *
PHILANDA Y. WESTBROOK and     *
INFINITY GROUP INSURANCE,     *
                              *
        Defendants.           *

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed.[1]  Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.  Therefore, this case is **DISMISSED** without prejudice.  The Clerk is directed to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 27th day of February 2006.

UNITED STATES DISTRICT JUDGE

---

[1] Although Plaintiff does not oppose the Magistrate Judge's Report and Recommendation, she has written a letter dated February 17, 2006 in which she explains why she filed this case after an identical case, <u>Scotti Boba Tietjens v. Philanda Y. Westbrook and Infinity Group Insurance</u>, CV 104-99, was dismissed.

DHB (39)                                                    CCC: